**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Joseph F. Faino aka Joseph F. Faino, Jr. <u>Debtor(s)</u> | CHAPTER 13 <br><br> BKY. NO. 22-11489 ELF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of LAKEVIEW LOAN SERVICING, LLC and index same on the master mailing list.

                              Respectfully submitted,

                              /s/ *Rebecca Solarz*
                              Rebecca Solarz
                              13 Jun 2022, 15:08:59, EDT

                              KML Law Group, P.C.
                              701 Market Street, Suite 5000
                              Philadelphia, PA 19106-1532
                              (215) 627-1322