United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                          Case No. 22-11489-elf
Joseph F. Faino                                                                                    Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                                                                   User: admin                                                                Page 1 of 3
Date Rcvd: Jun 14, 2022                               Form ID: 309I                                              Total Noticed: 42

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joseph F. Faino, 302 Tanner Ave., Hatboro, PA 19040-2223 |
| 14696596 | + | Access Credit Union, 23 Commerce Circle, Bristol, PA 19007-3111 |
| 14696598 | + | Bank of America, PO Box15284, Wilmington, DE 19850-5284 |
| 14696605 | + | Citadel CU, P.O. Box 650, Exton, PA 19341-0650 |
| 14696611 | + | Credit Control, LLC, 3300 Rider Trail S., Suiote 500, Earth City, MO 63045-1338 |
| 14696613 | | HSBC Retail Services, P. O. Box 71106, Charlotte, NC 28272-1106 |
| 14696619 | + | Marcia Faino, 302 Tanner Avenue, Hatboro, PA 19040-2223 |
| 14696622 | | Nordstrom's Card Services, PO Box 100135, Columbia, SC 29202-3135 |
| 14696625 | | PNC Bank, National Association, P. O. Box 44101-0570, Cleveland, OH 44101-0570 |
| 14696626 | + | POLICE AND FIRE FCU, 901 ARCH STREET, Philadelphia, PA 19107-2495 |
| 14696624 | | PenFed Credit Union, P. O. Box 247080, Omaha, NE 68124-7080 |
| 14696630 | | Spire Recovery Solutions, 52 Canal St., Suite 302, Lockport, NY 14094 |
| 14696636 | + | Watson & Allard,PC, 24 Regency Plaza, Glen Mills, PA 19342-1001 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: jadelstein@adelsteinkaliner.com | Jun 15 2022 00:23:00 | JON M. ADELSTEIN, 3993 Huntingdon Pike, Suite 210, Huntingdon Valley, PA 19006 |
| tr | + | Email/Text: bncnotice@ph13trustee.com | Jun 15 2022 00:24:00 | KENNETH E. WEST, Office of the Chapter 13 Standing Truste, 1234 Market Street - Suite 1813, Philadelphia, PA 19107-3704 |
| smg | | Email/Text: megan.harper@phila.gov | Jun 15 2022 00:24:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | EDI: PENNDEPTREV | Jun 15 2022 04:28:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 15 2022 00:24:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| ust | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Jun 15 2022 00:24:00 | United States Trustee, Office of United States Trustee, Robert N.C. Nix Federal Building, 900 Market Street, Suite 320, Philadelphia, PA 19107-4202 |
| 14696597 | | Email/PDF: bncnotices@becket-lee.com | Jun 15 2022 00:28:35 | American Express, P. O. Box 1270, Newark, NJ 07101-1270 |
| 14696599 | + | Email/Text: bankruptcy@cavps.com | Jun 15 2022 00:24:00 | Calvary SPV I, LLC, 1 American Lane, Suite 220, Greenwich, CT 06831-2563 |
| 14696600 | | EDI: CAPITALONE.COM | | |

| Recipient # | Flag | Delivery Method | Date/Time | Name/Address |
|---|---|---|---|---|
| | | | Jun 15 2022 04:28:00 | Capital One Bank (USA), P. O. Box 71083, Charlotte, NC 28272-1083 |
| 14697241 | + | Email/Text: bankruptcy@cavps.com | Jun 15 2022 00:24:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 14696602 | ^ | MEBN | Jun 15 2022 00:20:06 | Cawley & Bergmann, LLC, 550 Broad Street, Auite 1001, Newark, NJ 07102-4542 |
| 14696606 | | EDI: CITICORP.COM | Jun 15 2022 04:28:00 | Citi Cards, P. O. Box 70166, Philadelphia, PA 19176-0166 |
| 14696609 | | EDI: CITICORP.COM | Jun 15 2022 04:28:00 | CitiCards, PO Box 70166, Philadelphia, PA 19176-0166 |
| 14696610 | | EDI: WFNNB.COM | Jun 15 2022 04:28:00 | Comenity Bank, Bankruptcy Dept., PO Box 182125, Columbus, OH 43218-2125 |
| 14696611 | ^ | MEBN | Jun 15 2022 00:20:14 | Credit Control, LLC, 3300 Rider Trail S., Suiote 500, Earth City, MO 63045-1338 |
| 14696612 | | EDI: DISCOVER.COM | Jun 15 2022 04:28:00 | Discover, PO Box 70176, Philadelphia, PA 19176-0176 |
| 14696603 | | EDI: JPMORGANCHASE | Jun 15 2022 04:28:00 | Chase Cardmember Service, PO Box 1423, Charlotte, NC 28201-1423 |
| 14696614 | | EDI: JPMORGANCHASE | Jun 15 2022 04:28:00 | JPMCB, 301 N. Walnut St., Floor 09, Wilmington, DE 19801-3935 |
| 14696616 | | EDI: JPMORGANCHASE | Jun 15 2022 04:28:00 | JPMCB Card, 301 N. Walnut St., Floor 09, Wilmington, DE 19801-3935 |
| 14696618 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Jun 15 2022 00:24:00 | Lakeview Loan Servicing, LLC, c/o Loancare, LLC, P.O. Box 8068, Virginia Beach, VA 23450-8068 |
| 14696620 | | Email/Text: bankruptcydpt@mcmcg.com | Jun 15 2022 00:24:00 | Midland Credit Management, Inc., P. O. Box 301030, Los Angeles, CA 90030-1030 |
| 14696621 | + | Email/Text: NCI_bankonotify@ncirm.com | Jun 15 2022 00:23:00 | Nationwide Credit, Inc., 1225 W. washington St., Suite 300, Tempe, AZ 85281-1239 |
| 14696623 | | EDI: RMSC.COM | Jun 15 2022 04:28:00 | Paypal Credit SVCS/SYNCB, P. O. Box 960080, Orlando, FL 32896-0080 |
| 14696628 | | EDI: RMSC.COM | Jun 15 2022 04:28:00 | QCARD, P. O. BOX 530905, Atlanta, GA 30353-0905 |
| 14696629 | + | Email/Text: bknotice@raslavrar.com | Jun 15 2022 00:24:00 | RAS LaVrar, LLC, 1133 S. University Drive, 2nd Floor, Plantation, FL 33324-3303 |
| 14696631 | | EDI: RMSC.COM | Jun 15 2022 04:28:00 | Synchrony Bank QVC, PO Box 530905, Atlanta, GA 30353-0905 |
| 14696632 | + | EDI: RMSC.COM | Jun 15 2022 04:28:00 | Synchrony Bank HSN, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 14696633 | | EDI: RMSC.COM | Jun 15 2022 04:28:00 | Synchrony Bank/Amazon, P. O. Box 960013, Orlando, FL 32896-0013 |
| 14696634 | | EDI: USBANKARS.COM | Jun 15 2022 04:28:00 | U.S. Bank, PO Box 108, Saint Louis, MO 63166 |
| 14696635 | + | EDI: WFFC.COM | Jun 15 2022 04:28:00 | US Bank, 3476 Stateview Blvd., Fort Mill, SC 29715-7203 |
| 14696637 | + | Email/Text: bkfilings@zwickerpc.com | Jun 15 2022 00:24:00 | Zwicker & Associates, P.C., 80 Minuteman Rd, Andover, MA 01810-1008 |

TOTAL: 31

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 14, 2022 | Form ID: 309I | Total Noticed: 42 |

preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | *+ | KENNETH E. WEST, Office of the Chapter 13 Standing Truste, 1234 Market Street - Suite 1813, Philadelphia, PA 19107-3704 |
| 14696601 | * | Capital One Bank (USA), P. O. Box 71083, Charlotte, NC 28272-1083 |
| 14696607 | * | Citi Cards, P. O. Box 70166, Philadelphia, PA 19176-0166 |
| 14696608 | * | Citi Cards, P. O. Box 70166, Philadelphia, PA 19176-0166 |
| 14696604 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Cardmember Service, PO Box 1423, Charlotte, NC 28201-1423 |
| 14696615 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, JPMCB, 301 N. Walnut St., Floor 09, Wilmington, DE 19801-3935 |
| 14696617 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, JPMCB Card, 301 N. Walnut St., Floor 09, Wilmington, DE 19801-3935 |
| 14696627 | *+ | POLICE AND FIRE FCU, 901 ARCH STREET, Philadelphia, PA 19107-2495 |

TOTAL: 0 Undeliverable, 8 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2022     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 14, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| JON M. ADELSTEIN | on behalf of Debtor Joseph F. Faino  jadelstein@adelsteinkaliner.com   jsbamford@adelsteinkaliner.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST  ecfemails@ph13trustee.com  philaecf@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC  bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Joseph F. Faino<br>First Name   Middle Name   Last Name | Social Security number or ITIN: xxx–xx–5924<br>EIN: _ _–_ _ _ _ _ _ _ | |
| Debtor 2:<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: _ _ _ _<br>EIN: _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court: Eastern District of Pennsylvania | | Date case filed for chapter: 13   6/8/22 | |
| Case number: 22-11489-elf | | | |

## Official Form 309I
## Notice of Chapter 13 Bankruptcy Case                                                                              10/20

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Joseph F. Faino | |
| 2. | **All other names used in the last 8 years** | aka Joseph F. Faino Jr. | |
| 3. | **Address** | 302 Tanner Ave.<br>Hatboro, PA 19040 | |
| 4. | **Debtor's attorney**<br>Name and address | JON M. ADELSTEIN<br>3993 Huntingdon Pike<br>Suite 210<br>Huntingdon Valley, PA 19006 | Contact phone (215) 230-4250<br><br>Email: jadelstein@adelsteinkaliner.com |
| 5. | **Bankruptcy trustee**<br>Name and address | KENNETH E. WEST<br>Office of the Chapter 13 Standing Trustee<br>1234 Market Street – Suite 1813<br>Philadelphia, PA 19107 | Contact phone 215-627-1377<br><br>Email: ecfemails@ph13trustee.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 900 Market Street<br>Suite 400<br>Philadelphia, PA 19107 | Hours open:<br>Philadelphia Office –– 8:30 A.M. to 5:00 P.M;<br>Reading Office –– 8:00 A.M. to 4:30 P.M.<br><br>Contact phone (215)408-2800<br><br>Date: 6/14/22 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **August 3, 2022 at 09:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**The Mtg of Creditors will be conducted, via telephonic conference. All interested, parties shall contact the Trustee, for connection details** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 10/2/22** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 8/17/22** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 12/5/22** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. This plan proposes payment to the trustee of $650.00 per month for 60 months. The plan is enclosed. The hearing on confirmation will be held on:<br>**8/30/22** at **10:00 AM** , Location: **Courtroom #1, 900 Market Street, Philadelphia, PA 19107** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |