**Brandywine Living at Dresher Estates**
1405 North Limekiln Pike
Dresher, PA 19025

Direct Deposit Advice

**paylocity**

| | Check Date | Voucher Number |
|---|---|---|
| | March 24, 2022 | 5765 |

Direct Deposit Voucher

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| FREEDOM CREDIT | C | ***4628 | 493.85 |
| **Total Direct Deposits** | | | **493.85** |

83707   83707-10-500210101   1774 5765 6673   **83707**

**Marcia E Faino**
302 Tanner Ave
Hatboro, PA 19040

## Non Negotiable - This is not a check - Non Negotiable

### Brandywine Living at Dresher Estates

**Marcia E Faino**  

| | | | | | | | Earnings Statement | |
|---|---|---|---|---|---|---|---|---|
| Employee ID | | 1774 | Fed Taxable Income | 570.00 | Check Date | March 24, 2022 | Voucher Number | 5765 |
| Location | 83707-10-500210 | | Fed Filing Status | M-0 | Period Beginning | March 6, 2022 | Net Pay | 493.85 |
| Hourly | | $15.00 | State Filing Status | M-0 | Period Ending | March 19, 2022 | Total Hours Worked | 38.00 |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Holiday Ov | | | | 123.75 |
| Regular | 15.00 | 38.00 | 570.00 | 3,296.25 |
| **Gross Earnings** | | **38.00** | **570.00** | **3,420.00** |

| Deductions | Amount | YTD |
|---|---|---|
| No Deductions | | |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 7.00 | 43.64 |
| MED | 8.27 | 49.59 |
| PA | 17.50 | 104.98 |
| PA-461801 | 5.70 | 34.20 |
| PA-UP1Q | 2.00 | 12.00 |
| PASUI-E | 0.34 | 2.05 |
| SS | 35.34 | 212.04 |
| **Taxes** | **76.15** | **458.50** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| FREEDOM CREDIT UNION | C | ***4628 | 493.85 |
| **Total Direct Deposits** | | | **493.85** |

Brandywine Living at Dresher Estates | 1405 North Limekiln Pike  Dresher, PA 19025 | (856) 813-2000 | FEIN: 83-1322060 | PA: 76-16168

Brandywine Living at Dresher Estates
1405 North Limekiln Pike
Dresher, PA 19025

Direct Deposit Advice

**paylocity**

| | Check Date | | Voucher Number |
|---|---|---|---|
| | April 7, 2022 | | 5830 |

Direct Deposit Voucher

| | Direct Deposits | Type | Account | Amount |
|---|---|---|---|---|
| | FREEDOM CREDIT | C | ***4628 | 573.05 |
| | **Total Direct Deposits** | | | **573.05** |

83707   83707-10-500210101   1774 5830 6747   **83707**

**Marcia E Faino**
302 Tanner Ave
Hatboro, PA  19040

## Non Negotiable - This is not a check - Non Negotiable

### Brandywine Living at Dresher Estates

Marcia E Faino

**Earnings Statement**

| Employee ID | 1774 | Fed Taxable Income | 671.25 | Check Date | April 7, 2022 | Voucher Number | 5830 |
|---|---|---|---|---|---|---|---|
| Location | 83707-10-500210 | Fed Filing Status | M-0 | Period Beginning | March 20, 2022 | Net Pay | 573.05 |
| Hourly | $15.00 | State Filing Status | M-0 | Period Ending | April 2, 2022 | Total Hours Worked | 44.75 |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Holiday Ov | | | | 123.75 |
| Regular | 15.00 | 44.75 | 671.25 | 3,967.50 |
| **Gross Earnings** | | **44.75** | **671.25** | **4,091.25** |

| Taxes | | | Amount | YTD |
|---|---|---|---|---|
| FITW | | | 17.13 | 60.77 |
| MED | | | 9.73 | 59.32 |
| PA | | | 20.61 | 125.59 |
| PA-461801 | | | 6.71 | 40.91 |
| PA-UP1Q | | | 2.00 | 14.00 |
| PASUI-E | | | 0.40 | 2.45 |
| SS | | | 41.62 | 253.66 |
| **Taxes** | | | **98.20** | **556.70** |

| Deductions | | Amount | YTD |
|---|---|---|---|
| No Deductions | | | |

| Direct Deposits | | Type Account | Amount |
|---|---|---|---|
| FREEDOM CREDIT UNION | | C   ***4628 | 573.05 |
| **Total Direct Deposits** | | | **573.05** |

**Brandywine Living at Dresher Estates**
1405 North Limekiln Pike
Dresher, PA 19025

**paylocity**

Direct Deposit Advice

| | |
|---|---|
| **Check Date** | **Voucher Number** |
| April 21, 2022 | 5894 |

Direct Deposit Voucher

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| FREEDOM CREDIT | C | ***4628 | 517.32 |
| **Total Direct Deposits** | | | **517.32** |

83707   83707-10-500210101   1774 5894 6819   **83707**
**Marcia E Faino**
302 Tanner Ave
Hatboro, PA 19040

## Non Negotiable - This is not a check - Non Negotiable

### Brandywine Living at Dresher Estates

| Marcia E Faino | | | | | | Earnings Statement | |
|---|---|---|---|---|---|---|---|
| Employee ID | 1774 | Fed Taxable Income | 600.00 | Check Date | April 21, 2022 | Voucher Number | 5894 |
| Location | 83707-10-500210 | Fed Filing Status | M-0 | Period Beginning | April 3, 2022 | Net Pay | 517.32 |
| Hourly | $15.00 | State Filing Status | M-0 | Period Ending | April 16, 2022 | Total Hours Worked | 40.00 |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Holiday Ov | | | | 123.75 |
| Regular | 15.00 | 40.00 | 600.00 | 4,567.50 |
| **Gross Earnings** | | **40.00** | **600.00** | **4,691.25** |

| Taxes | | | Amount | YTD |
|---|---|---|---|---|
| FITW | | | 10.00 | 70.77 |
| MED | | | 8.70 | 68.02 |
| PA | | | 18.42 | 144.01 |
| PA-461801 | | | 6.00 | 46.91 |
| PA-UP1Q | | | 2.00 | 16.00 |
| PASUI-E | | | 0.36 | 2.81 |
| SS | | | 37.20 | 290.86 |
| **Taxes** | | | **82.68** | **639.38** |

| Deductions | Amount | YTD |
|---|---|---|
| No Deductions | | |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| FREEDOM CREDIT UNION | C | ***4628 | 517.32 |
| **Total Direct Deposits** | | | **517.32** |

**Brandywine Living at Dresher Estates**
1405 North Limekiln Pike
Dresher, PA 19025

◆ paylocity

Direct Deposit Advice

| | |
|---|---|
| **Check Date** | **Voucher Number** |
| May 5, 2022 | 5974 |

Direct Deposit Voucher

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| FREEDOM CREDIT | C | ***4628 | 431.39 |
| **Total Direct Deposits** | | | **431.39** |

83707   83707-10-500210101   1774 5974 6893      **83707**
**Marcia E Faino**
302 Tanner Ave
Hatboro, PA  19040

## Non Negotiable - This is not a check - Non Negotiable

### Brandywine Living at Dresher Estates

Marcia E Faino

Earnings Statement

| | | | | | | |
|---|---|---|---|---|---|---|
| Employee ID | 1774 | Fed Taxable Income | 491.25 | Check Date | May 5, 2022 | Voucher Number | 5974 |
| Location | 83707-10-500210 | Fed Filing Status | M-0 | Period Beginning | April 17, 2022 | Net Pay | 431.39 |
| Hourly | $15.00 | State Filing Status | M-0 | Period Ending | April 30, 2022 | Total Hours Worked | 32.75 |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Holiday Ov | | | | 123.75 |
| Regular | 15.00 | 32.75 | 491.25 | 5,058.75 |
| **Gross Earnings** | | **32.75** | **491.25** | **5,182.50** |

| Taxes | | | Amount | YTD |
|---|---|---|---|---|
| FITW | | | 0.00 | 70.77 |
| MED | | | 7.12 | 75.14 |
| PA | | | 15.08 | 159.09 |
| PA-461801 | | | 4.91 | 51.82 |
| PA-UP1Q | | | 2.00 | 18.00 |
| PASUI-E | | | 0.29 | 3.10 |
| SS | | | 30.46 | 321.32 |
| **Taxes** | | | **59.86** | **699.24** |

| Deductions | Amount | YTD |
|---|---|---|
| No Deductions | | |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| FREEDOM CREDIT UNION | C | ***4628 | 431.39 |
| **Total Direct Deposits** | | | **431.39** |

**Brandywine Living at Dresher Estates**
1405 North Limekiln Pike
Dresher, PA 19025

Direct Deposit Advice

🎯 paylocity

| | |
|---|---|
| **Check Date** | **Voucher Number** |
| June 2, 2022 | 6121 |

Direct Deposit Voucher

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| FREEDOM CREDIT | C | ***4628 | 725.58 |
| **Total Direct Deposits** | | | **725.58** |

83707   83707-10-500210101   1774 6121 7046   **83707**
**Marcia E Faino**
302 Tanner Ave
Hatboro, PA 19040

## Non Negotiable - This is not a check - Non Negotiable

## Brandywine Living at Dresher Estates

Marcia E Faino

Earnings Statement

| Employee ID | 1774 | Fed Taxable Income | 866.25 | Check Date | June 2, 2022 | Voucher Number | 6121 |
|---|---|---|---|---|---|---|---|
| Location | 83707-10-500210 | Fed Filing Status | M-0 | Period Beginning | May 15, 2022 | Net Pay | 725.58 |
| Hourly | $15.00 | State Filing Status | M-0 | Period Ending | May 28, 2022 | Total Hours Worked | 57.75 |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Holiday Ov | | | | 123.75 |
| Regular | 15.00 | 57.75 | 866.25 | 6,705.00 |
| **Gross Earnings** | | **57.75** | **866.25** | **6,828.75** |

| Deductions | Amount | YTD |
|---|---|---|
| No Deductions | | |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 36.63 | 135.40 |
| MED | 12.56 | 99.01 |
| PA | 26.59 | 209.63 |
| PA-461801 | 8.66 | 68.28 |
| PA-UP1Q | 2.00 | 22.00 |
| PASUI-E | 0.52 | 4.09 |
| SS | 53.71 | 423.39 |
| **Taxes** | **140.67** | **961.80** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| FREEDOM CREDIT UNION | C | ***4628 | 725.58 |
| **Total Direct Deposits** | | | **725.58** |

Brandywine Living at Dresher Estates | 1405 North Limekiln Pike  Dresher, PA 19025 | (856) 813-2000 | FEIN: 83-1322060 | PA: 76-16168

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

| Joseph Frank Faino | Personnel Number..... 00786875 |
| 302 TANNER AVE | Liquor Control Board |
| HATBORO PA 19040-2223 | Pay Period.. 03/06/2022 - 03/19/2022 |
| | Fed Tax Status: Married Filing Jointly |
| | Fed Tax Allowances: 00   Period: 07/2022 |
| B/U:M1    Group:02    Level:A | |

| Pay Date | Payment Amount = | Gross + | Reim. - | Taxes - | Deds. |
|---|---|---|---|---|---|
| 04/01/2022 | 738.84 = | 872.96 + | 0.00 - | 104.84 - | 29.28 |

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|---|---|---|---|---|
| Normal working hours | 13.64 | 64.00 | 872.96 | 6,042.52 |
| OT 1.5 | | | | 133.00 |
| Leave w/out Pay-AbsenceNA | | | | |
| Total Gross | | | 872.96 | 6,175.52 |

| Taxes | Amount | Year To Date |
|---|---|---|
| Federal          Federal | | |
| TX EE Social Security Tax | 54.12 | 382.88 |
| TX EE Medicare Tax | 12.66 | 89.55 |
| State            Pennsylvania | | |
| TX Withholding Tax | 26.80 | 189.59 |
| TX EE Unemployment Tax | 0.53 | 3.71 |
| Local            Hatboro Borough | | |
| TX Withholding Tax | 8.73 | 61.76 |
| Local            Warrington Township | | |
| TX Local Services Tax | 2.00 | 14.00 |
| EE Taxes | 104.84 | 741.49 |

| Deductions | Amount | Year To Date |
|---|---|---|
| PAC - UFCW | 2.00 | 14.00 |
| UFCW - 1776 Union Dues | 27.28 | 190.96 |
| Total Deductions | 29.28 | 204.96 |

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|
| | | |

| Reimbursements | Amount |
|---|---|
| | |

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

| Direct Deposit Bank / Check | Amount |
|---|---|
| Net Payment | 738.84 |

| State Paid Benefits | Amount |
|---|---|
| TX ER Social Security Tax | 54.12 |
| TX ER Medicare Tax | 12.66 |
| ER Workers Comp Benefit | 25.79 |

| Federal Taxable Wages | Amount |
|---|---|
| Current Period Results | 872.96 |

| Garnishment Type | Beg Balance | Total To Date | Remain Balance |
|---|---|---|---|

| Payroll Area | Z1 |
|---|---|

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

```
|Joseph Frank Faino                      |Personnel Number..... 00786875
|302 TANNER AVE                          |Liquor Control Board
|HATBORO PA  19040-2223                  |Pay Period.. 03/20/2022 - 04/02/2022
|                                        |Fed Tax Status: Married Filing Jointly
|                                        |Fed Tax Allowances: 00   Period: 08/2022
|B/U:M1    Group:02    Level:E           |
```

| Pay Date | Payment Amount = | Gross + | Reim. - | Taxes - | Deds. |
|----------|------------------|---------|---------|---------|-------|
| 04/14/2022 | 1,199.06 | 1,494.83 + | 0.00 - | 262.79 - | 32.98 |

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|-------------------|------|---------|--------|--------------|
| Normal working hours | 15.49 | 51.00 | 789.99 | 7,246.91 |
| Accumulated Unused VL Lv | 15.49 | 18.75 | 290.44 | 290.44 |
| OT 1.5 | | | | 133.00 |
| Leave w/out Pay-AbsenceNA | | | | |
| Leave w/out Pay-AbsenceNA | 15.49 | 13.00 | | |
| Total Gross | | | 1,080.43 | 7,670.35 |
| Difference prev. Period | | | 414.40 | |

| Taxes | | Amount | Year To Date |
|-------|-----------|--------|--------------|
| Federal | Federal | | |
| TX Withholding Tax | | 84.72 | 84.72 |
| TX EE Social Security Tax | | 92.68 | 475.56 |
| TX EE Medicare Tax | | 21.67 | 111.22 |
| State | Pennsylvania | | |
| TX Withholding Tax | | 45.89 | 235.48 |
| TX EE Unemployment Tax | | 0.89 | 4.60 |
| Local | Hatboro Borough | | |
| TX Withholding Tax | | 14.94 | 76.70 |
| Local | Warrington Township | | |
| TX Local Services Tax | | 2.00 | 16.00 |
| EE Taxes | | 262.79 | 1,004.28 |

| Deductions | Amount | Year To Date |
|------------|--------|--------------|
| PAC - UFCW | 2.00 | 16.00 |
| UFCW - 1776 Union Dues | 30.98 | 221.94 |
| Total Deductions | 32.98 | 237.94 |

| Non Cash Compensation | Amount | Year To Date |
|-----------------------|--------|--------------|
| | | |

| Reimbursements | Amount |
|----------------|--------|

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

| Direct Deposit Bank / Check | Amount |
|---|---|
| Net Payment | 1,199.06 |

| State Paid Benefits | Amount |
|---|---|
| TX ER Social Security Tax | 92.68 |
| TX ER Medicare Tax | 21.67 |
| ER Workers Comp Benefit | 44.17 |

| Federal Taxable Wages | Amount |
|---|---|
| Current Period Results | 1,494.83 |

| Garnishment Type | Beg Balance | Total To Date | Remain Balance |
|---|---|---|---|

| Payroll Area | Z1 |
|---|---|

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

```
|Joseph Frank Fanno             |Personnel Number..... 00786875
|302 TANNER AVE                 |Liquor Control Board
|HATBORO PA  19040-2223         |Pay Period.. 04/03/2022 - 04/16/2022
|                               |Fed Tax Status: Married Filing Jointly
|                               |Fed Tax Allowances: 00   Period: 09/2022
|B/U:M1    Group:02    Level:E  |
```

| Pay Date | Payment Amount = | Gross + | Reim. - | Taxes - | Deds. |
|----------|------------------|---------|---------|---------|-------|
| 04/29/2022 | 778.11 " | 921.66 + | 0.00 - | 110.57 - | 32.98 |

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|-------------------|------|---------|--------|--------------|
| Normal working hours | 15.49 | 59.50 | 921.66 | 8,168.57 |
| Accumulated Unused VL Lv | | | | 290.44 |
| OT 1.5 | | | | 133.00 |
| Leave w/out Pay-AbsenceNA | | | | |
| Leave w/out Pay-AbsenceNA | 15.49 | 6.00 | | |
| Total Gross | | | 921.66 | 8,592.01 |

| Taxes | Amount | Year To Date |
|-------|--------|--------------|
| Federal          Federal | | |
| TX Withholding Tax | | 84.72 |
| TX EE Social Security Tax | 57.14 | 532.70 |
| TX EE Medicare Tax | 13.36 | 124.58 |
| State          Pennsylvania | | |
| TX Withholding Tax | 28.29 | 263.77 |
| TX EE Unemployment Tax | 0.56 | 5.16 |
| Local          Hatboro Borough | | |
| TX Withholding Tax | 9.22 | 85.92 |
| Local          Warrington Township | | |
| TX Local Services Tax | 2.00 | 18.00 |
| EE Taxes | 110.57 | 1,114.85 |

| Deductions | Amount | Year To Date |
|------------|--------|--------------|
| PAC - UFCW | 2.00 | 18.00 |
| UFCW - 1776 Union Dues | 30.98 | 252.92 |
| Total Deductions | 32.98 | 270.92 |

| Non Cash Compensation | Amount | Year To Date |
|-----------------------|--------|--------------|
| | | |

| Reimbursements | Amount |
|----------------|--------|
| | |

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

| Direct Deposit Bank / Check | Amount |
|---|---|
| Net Payment | 778.11 |

| State Paid Benefits | Amount |
|---|---|
| TX ER Social Security Tax | 57.14 |
| TX ER Medicare Tax | 13.36 |
| ER Workers Comp Benefit | 27.23 |

| Federal Taxable Wages | Amount |
|---|---|
| Current Period Results | 921.66 |

| Garnishment Type | Beg Balance | Total To Date | Remain Balance |
|---|---|---|---|

| Payroll Area | Z1 |
|---|---|

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

| Joseph Frank Fanno | | | | Personnel Number..... 00786875 | |
|---|---|---|---|---|---|
| 302 TANNER AVE | | | | Liquor Control Board | |
| HATBORO PA  19040-2223 | | | | Pay Period.. 04/17/2022 - 04/30/2022 | |
| | | | | Fed Tax Status: Married Filing Jointly | |
| | | | | Fed Tax Allowances: 00   Period: 10/2022 | |
| B/U:M1    Group:02    Level:E | | | | | |

| Pay Date | Payment Amount = | Gross + | Reim. - | Taxes - | Deds. |
|---|---|---|---|---|---|
| 05/13/2022 | 846.14       = | 999.11 + | 0.00 - | 119.99 - | 32.98 |

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|---|---|---|---|---|
| Normal working hours | 15.49 | 64.50 | 999.11 | 9,167.68 |
| Accumulated Unused VL Lv | | | | 290.44 |
| OT 1.5 | | | | 133.00 |
| Leave w/out Pay-AbsenceNA | | | | |
| Unpaid Personal | | | | |
| Total Gross | | | 999.11 | 9,591.12 |

| Taxes | Amount | Year To Date |
|---|---|---|
| Federal          Federal | | |
| TX Withholding Tax | 0.30 | 85.02 |
| TX EE Social Security Tax | 61.95 | 594.65 |
| TX EE Medicare Tax | 14.49 | 139.07 |
| State          Pennsylvania | | |
| TX Withholding Tax | 30.67 | 294.44 |
| TX EE Unemployment Tax | 0.59 | 5.75 |
| Local          Hatboro Borough | | |
| TX Withholding Tax | 9.99 | 95.91 |
| Local          Warrington Township | | |
| TX Local Services Tax | 2.00 | 20.00 |
| EE Taxes | 119.99 | 1,234.84 |

| Deductions | Amount | Year To Date |
|---|---|---|
| PAC - UFCW | 2.00 | 20.00 |
| UFCW - 1776 Union Dues | 30.98 | 283.90 |
| Total Deductions | 32.98 | 303.90 |

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|
| | | |

| Reimbursements | Amount |
|---|---|
| | |

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

| Direct Deposit Bank / Check | Amount |
|---|---|
| Net Payment | 846.14 |

| State Paid Benefits | Amount |
|---|---|
| TX ER Social Security Tax | 61.95 |
| TX ER Medicare Tax | 14.49 |
| ER Workers Comp Benefit | 29.52 |

| Federal Taxable Wages | Amount |
|---|---|
| Current Period Results | 999.11 |

| Garnishment Type | Beg Balance | Total To Date | Remain Balance |
|---|---|---|---|

| Payroll Area | Z1 |
|---|---|

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

| | |
|---|---|
| Joseph Frank Faino | Personnel Number..... 00786875 |
| 302 TANNER AVE | Liquor Control Board |
| HATBORO PA  19040-2223 | Pay Period.. 05/01/2022 – 05/14/2022 |
| | Fed Tax Status: Married Filing Jointly |
| | Fed Tax Allowances: 00    Period: 11/2022 |
| B/U:M1    Group:02    Level:E | |

| Pay Date | Payment Amount = | Gross + | Reim. – | Taxes – | Deds. |
|---|---|---|---|---|---|
| 05/27/2022 | 926.41 = | 1,101.75 + | 0.00 – | 142.36 – | 32.98 |

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|---|---|---|---|---|
| Normal working hours | 15.49 | 65.50 | 1,014.60 | 10,182.28 |
| Accumulated Unused VL Lv | | | | 290.44 |
| OT 1.5 | 23.24 | 3.75 | 87.15 | 220.15 |
| Leave w/out Pay-AbsenceNA | | | | |
| Unpaid Personal | | | | |
| Total Gross | | | 1,101.75 | 10,692.87 |

| Taxes | Amount | Year To Date |
|---|---|---|
| Federal            Federal | | |
| TX Withholding Tax | 10.56 | 95.58 |
| TX EE Social Security Tax | 68.31 | 662.96 |
| TX EE Medicare Tax | 15.98 | 155.05 |
| State            Pennsylvania | | |
| TX Withholding Tax | 33.82 | 328.26 |
| TX EE Unemployment Tax | 0.67 | 6.42 |
| Local            Hatboro Borough | | |
| TX Withholding Tax | 11.02 | 106.93 |
| Local        Warrington Township | | |
| TX Local Services Tax | 2.00 | 22.00 |
| EE Taxes | 142.36 | 1,377.20 |

| Deductions | Amount | Year To Date |
|---|---|---|
| PAC – UFCW | 2.00 | 22.00 |
| UFCW – 1776 Union Dues | 30.98 | 314.88 |
| Total Deductions | 32.98 | 336.88 |

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|
| | | |

| Reimbursements | Amount |
|---|---|
| | |

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

| Direct Deposit Bank / Check | Amount |
|---|---|
| Net Payment | 926.41 |

| State Paid Benefits | Amount |
|---|---|
| TX ER Social Security Tax | 68.31 |
| TX ER Medicare Tax | 15.98 |
| ER Workers Comp Benefit | 32.55 |

| Federal Taxable Wages | Amount |
|---|---|
| Current Period Results | 1,101.75 |

| Garnishment Type | Beg Balance | Total To Date | Remain Balance |
|---|---|---|---|

| Payroll Area | Z1 |
|---|---|

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

```
|Joseph Frank Faino                      |Personnel Number..... 00786875
|302 TANNER AVE                          |Liquor Control Board
|HATBORO PA  19040-2223                  |Pay Period.. 05/15/2022 - 05/28/2022
|                                        |Fed Tax Status: Married Filing Jointly
|                                        |Fed Tax Allowances: 00   Period: 12/2022
|B/U:M1     Group:02    Level:E          |
```

| Pay Date | Payment Amount = | Gross + | Reim. - | Taxes - | Deds. |
|----------|------------------|---------|---------|---------|-------|
| 06/10/2022 | 732.83 = | 991.36 + | 0.00 - | 143.76 - | 114.77 |

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|-------------------|------|---------|--------|--------------|
| Normal working hours | 15.49 | 64.00 | 991.36 | 11,173.64 |
| Accumulated Unused VL Lv | | | | 290.44 |
| OT 1.5 | | | | 220.15 |
| Leave w/out Pay-AbsenceNA | | | | |
| Unpaid Personal | | | | |
| Total Gross | | | 991.36 | 11,684.23 |

| Taxes | Amount | Year To Date |
|-------|--------|--------------|
| Federal          Federal | | |
| TX Withholding Tax | 25.00 | 120.58 |
| TX EE Social Security Tax | 61.46 | 724.42 |
| TX EE Medicare Tax | 14.37 | 169.42 |
| State          Pennsylvania | | |
| TX Withholding Tax | 30.43 | 358.69 |
| TX EE Unemployment Tax | 0.59 | 7.01 |
| Local          Hatboro Borough | | |
| TX Withholding Tax | 9.91 | 116.84 |
| Local          Warrington Township | | |
| TX Local Services Tax | 2.00 | 24.00 |
| EE Taxes | 143.76 | 1,520.96 |

| Deductions | Amount | Year To Date |
|------------|--------|--------------|
| PAC - UFCW | 2.00 | 24.00 |
| UFCW - 1776 Union Dues | 30.98 | 345.86 |
| Class A5 DB Pension | 49.57 | 49.57 |
| Class A5 DC Investment | 32.22 | 32.22 |
| Total Deductions | 114.77 | 451.65 |

| Non Cash Compensation | Amount | Year To Date |
|-----------------------|--------|--------------|
| | | |

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

| Reimbursements | Amount |
|---|---|
| | |
| | |
| | |

| Direct Deposit Bank / Check | Amount |
|---|---|
| Net Payment | 732.83 |

| State Paid Benefits | Amount |
|---|---|
| TX ER Social Security Tax | 61.46 |
| TX ER Medicare Tax | 14.37 |
| ER Workers Comp Benefit | 29.29 |
| ER-SERS | 175.27 |
| ER-401a | 22.31 |

| Federal Taxable Wages | Amount |
|---|---|
| Current Period Results | 909.57 |

| Garnishment Type | Beg Balance | Total To Date | Remain Balance |
|---|---|---|---|
| | | | |

| Payroll Area | Z1 |
|---|---|

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

| Joseph Frank Faino | Personnel Number..... 00786875 |
| 302 TANNER AVE | Liquor Control Board |
| HATBORO PA  19040-2223 | Pay Period.. 05/29/2022 - 06/11/2022 |
| | Fed Tax Status: Married Filing Jointly |
| | Fed Tax Allowances: 00   Period: 13/2022 |
| B/U:M1   Group:02   Level:E | |

| Pay Date | Payment Amount | = | Gross | + | Reim. | - | Taxes | - | Deds. |
|---|---|---|---|---|---|---|---|---|---|
| 06/24/2022 | 732.80 | | 991.36 | + | 0.00 | - | 143.79 | - | 114.77 |

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|---|---|---|---|---|
| Normal working hours | 15.49 | 64.00 | 991.36 | 12,165.00 |
| Accumulated Unused VL Lv | | | | 290.44 |
| OT 1.5 | | | | 220.15 |
| Leave w/out Pay-AbsenceNA | | | | |
| Unpaid Personal | | | | |
| Total Gross | | | 991.36 | 12,675.59 |

| Taxes | Amount | Year To Date |
|---|---|---|
| Federal          Federal | | |
| TX Withholding Tax | 25.00 | 145.58 |
| TX EE Social Security Tax | 61.47 | 785.89 |
| TX EE Medicare Tax | 14.38 | 183.80 |
| State          Pennsylvania | | |
| TX Withholding Tax | 30.43 | 389.12 |
| TX EE Unemployment Tax | 0.60 | 7.61 |
| Local          Hatboro Borough | | |
| TX Withholding Tax | 9.91 | 126.75 |
| Local          Warrington Township | | |
| TX Local Services Tax | 2.00 | 26.00 |
| EE Taxes | 143.79 | 1,664.75 |

| Deductions | Amount | Year To Date |
|---|---|---|
| PAC - UFCW | 2.00 | 26.00 |
| UFCW - 1776 Union Dues | 30.98 | 376.84 |
| Class A5 DB Pension | 49.57 | 99.14 |
| Class A5 DC Investment | 32.22 | 64.44 |
| Total Deductions | 114.77 | 566.42 |

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|
| | | |
| | | |
| | | |

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

| Reimbursements | Amount |
|---|---|
| | |
| | |
| | |

| Direct Deposit Bank / Check | Amount |
|---|---|
| Net Payment | 732.80 |

| State Paid Benefits | Amount |
|---|---|
| TX ER Social Security Tax | 61.47 |
| TX ER Medicare Tax | 14.38 |
| ER Workers Comp Benefit | 29.29 |
| ER-SERS | 175.27 |
| ER-401a | 22.31 |

| Federal Taxable Wages | Amount |
|---|---|
| Current Period Results | 909.57 |

| Garnishment Type | Beg Balance | Total To Date | Remain Balance |
|---|---|---|---|
| | | | |

| Payroll Area | 21 |
|---|---|

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

```
|Joseph Frank Faino              |Personnel Number..... 00786875           |
|302 TANNER AVE                  |Liquor Control Board                     |
|HATBORO PA  19040-2223          |Pay Period.. 06/12/2022 - 06/25/2022     |
|                                |Fed Tax Status: Married Filing Jointly   |
|                                |Fed Tax Allowances: 00   Period: 14/2022 |
|B/U:M1    Group:02   Level:E    |                                         |
|_____|_____|
| Pay Date      Payment Amount =      Gross    +      Reim.  -      Taxes   -      Deds. |
| 07/08/2022       857.03      =    1,147.19   +      0.00   -     168.43   -     121.73 |
|_____|
```

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|---|---|---|---|---|
| Normal working hours | 15.88 | 64.00 | 1,016.32 | 13,310.01 |
| Accumulated Unused VL Lv | | | | 290.44 |
| OT 1.5 | | | | 222.33 |
| Leave w/out Pay-AbsenceNA | | | | |
| Unpaid Personal | | | | |
| Total Gross | | | 1,016.32 | 13,822.78 |
| Difference prev. Period | | | 130.87 | |

| Taxes | | Amount | Year To Date |
|---|---|---|---|
| Federal | Federal | | |
| TX Withholding Tax | | 31.31 | 176.89 |
| TX EE Social Security Tax | | 71.12 | 857.01 |
| TX EE Medicare Tax | | 16.63 | 200.43 |
| State | Pennsylvania | | |
| TX Withholding Tax | | 35.22 | 424.34 |
| TX EE Unemployment Tax | | 0.68 | 8.29 |
| Local | Hatboro Borough | | |
| TX Withholding Tax | | 11.47 | 138.22 |
| Local | Warrington Township | | |
| TX Local Services Tax | | 2.00 | 28.00 |
| EE Taxes | | 168.43 | 1,833.18 |

| Deductions | Amount | Year To Date |
|---|---|---|
| PAC - UFCW | 2.00 | 28.00 |
| UFCW - 1776 Union Dues | 31.76 | 408.60 |
| Class A5 DB Pension | 53.32 | 152.46 |
| Class A5 DC Investment | 34.65 | 99.09 |
| Total Deductions | 121.73 | 688.15 |

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|
| | | |

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

| Reimbursements | Amount |
|---|---|
| | |
| | |
| | |

| Direct Deposit Bank / Check | Amount |
|---|---|
| Net Payment | 857.03 |

| State Paid Benefits | Amount |
|---|---|
| TX ER Social Security Tax | 71.12 |
| TX ER Medicare Tax | 16.63 |
| ER Workers Comp Benefit | 29.81 |
| ER-SERS | 173.28 |
| ER-401a | 23.99 |

| Federal Taxable Wages | Amount |
|---|---|
| Current Period Results | 1,059.22 |

| Garnishment Type | Beg Balance | Total To Date | Remain Balance |
|---|---|---|---|
| | | | |

| Payroll Area | Z1 |
|---|---|

**Brandywine Living at Dresher Estates**
1405 North Limekiln Pike
Dresher, PA 19025

Direct Deposit Advice

| | | |
|---|---|---|
| **Check Date** | | **Voucher Number** |
| May 19, 2022 | | 6045 |

Direct Deposit Voucher

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| FREEDOM CREDIT | C | ***4628 | 658.11 |
| **Total Direct Deposits** | | | **658.11** |

83707   83707-10-500210101   1774 6045 6967   **83707**

**Marcia E Faino**
302 Tanner Ave
Hatboro, PA  19040

## Non Negotiable - This is not a check - Non Negotiable

### Brandywine Living at Dresher Estates

| **Marcia E Faino** | | | | | | **Earnings Statement** | |
|---|---|---|---|---|---|---|---|
| Employee ID | 1774 | Fed Taxable Income | 780.00 | Check Date | May 19, 2022 | Voucher Number | 6045 |
| Location | 83707-10-500210 | Fed Filing Status | M-0 | Period Beginning | May 1, 2022 | Net Pay | 658.11 |
| Hourly | $15.00 | State Filing Status | M-0 | Period Ending | May 14, 2022 | Total Hours Worked | 52.00 |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Holiday Ov | | | | 123.75 |
| Regular | 15.00 | 52.00 | 780.00 | 5,838.75 |
| **Gross Earnings** | | **52.00** | **780.00** | **5,962.50** |

| Deductions | Amount | YTD |
|---|---|---|
| No Deductions | | |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 28.00 | 98.77 |
| MED | 11.31 | 86.45 |
| PA | 23.95 | 183.04 |
| PA-461801 | 7.80 | 59.62 |
| PA-UP1Q | 2.00 | 20.00 |
| PASUI-E | 0.47 | 3.57 |
| SS | 48.36 | 369.68 |
| **Taxes** | **121.89** | **821.13** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| FREEDOM CREDIT UNION | C | ***4628 | 658.11 |
| **Total Direct Deposits** | | | **658.11** |