UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: JOSEPH FAINO

| | | |
|---|---|---|
| **DEBTOR** | : | **CHAPTER 13** |
| | : | **BANKRUPTCY NO. 22-11489** |

CERTIFICATE OF SERVICE

Jon M. Adelstein, Esquire, attorney for Debtor, hereby certifies that on the 18th day of November, 2022, that I served a copy of the 3rd Amended Plan upon the following secured creditors through their counsel by electronic service:

>Brian Craig Nicholas< Esq.
>Counsel fror Lakeview Loan Servicing, LLC

By:  /s/Jon M. Adelstein

Jon M. Adelstein, Esquire
**ADELSTEIN & KALINER, LLC**
3993 Huntingdon Pike - Suite 210
Huntingdon Valley, PA 19006
(215) 230-4250