UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: JOSEPH FAINO

DEBTOR          :     CHAPTER 13

                :     BANKRUPTCY NO. 22-11489

**AMENDED** <u>CERTIFICATE OF SERVICE</u>

Jon M. Adelstein, Esquire, attorney for Debtor, hereby certifies that on the 18th day of November, 2022, that I served a copy of the 3rd Amended Plan upon the following secured creditors through their counsel by electronic service:

> Brian Craig Nicholas< Esq.
> Counsel for Lakeview Loan Servicing, LLC, and

Upon Frank X. Cantwell, bankruptcy representative of Police & Fire Federal Credit nuion by electronic service on December 29, 2022.

By:  /s/Jon M. Adelstein

Jon M. Adelstein, Esquire
**ADELSTEIN & KALINER, LLC**
3993 Huntingdon Pike - Suite 210
Huntingdon Valley, PA 19006
(215) 230-4250