# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                   Chapter 13

                                   Bankruptcy No. 22-11489-ELF

JOSEPH F. FAINO

302 TANNER AVE

HATBORO, PA 19040

      Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

JOSEPH F. FAINO

302 TANNER AVE

HATBORO, PA 19040

Counsel for debtor(s), by electronic notice only.

JON M ADELSTEIN ESQ
3993 HUNTINGDON PIKE
SUITE 210
HUNTINGDON VALLEY, PA 19006-

                                                              /S/ Kenneth E. West

Date: 2/9/2023                               _____

                                                              Kenneth E. West, Esquire
                                                              Chapter 13 Standing Trustee