United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-11489-amc |
| Joseph F. Faino | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: May 19, 2023 | Form ID: 155 | Total Noticed: 53 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 21, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joseph F. Faino, 302 Tanner Ave., Hatboro, PA 19040-2223 |
| 14696596 | + | Access Credit Union, f/k/a NBA Credit Union, c/o Gregory J. Allard, Esq, 24 Regency Plaza, Glen Mills, PA 19342-1001 |
| 14708824 | + | Access Credit Union, 23 Commerce Circle, Bristol, PA 19007-3111 |
| 14696605 | + | Citadel CU, P.O. Box 650, Exton, PA 19341-0650 |
| 14696613 | | HSBC Retail Services, P. O. Box 71106, Charlotte, NC 28272-1106 |
| 14696619 | + | Marcia Faino, 302 Tanner Avenue, Hatboro, PA 19040-2223 |
| 14696622 | | Nordstrom's Card Services, PO Box 100135, Columbia, SC 29202-3135 |
| 14696625 | | PNC Bank, National Association, P. O. Box 44101-0570, Cleveland, OH 44101-0570 |
| 14696624 | | PenFed Credit Union, P. O. Box 247080, Omaha, NE 68124-7080 |
| 14696630 | | Spire Recovery Solutions, 52 Canal St., Suite 302, Lockport, NY 14094 |
| 14696636 | + | Watson & Allard,PC, 24 Regency Plaza, Glen Mills, PA 19342-1001 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14704504 | | Email/Text: bnc@atlasacq.com | May 19 2023 23:45:00 | Atlas Acquisitions LLC, on behalf of UHG I LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 14696597 | | Email/PDF: bncnotices@becket-lee.com | May 19 2023 23:52:37 | American Express, P. O. Box 1270, Newark, NJ 07101-1270 |
| 14705914 | | Email/PDF: bncnotices@becket-lee.com | May 20 2023 00:04:51 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14696598 | + | Email/Text: creditcardbkcorrespondence@bofa.com | May 19 2023 23:45:00 | Bank of America, PO Box15284, Wilmington, DE 19850-5284 |
| 14708774 | | Email/Text: creditcardbkcorrespondence@bofa.com | May 19 2023 23:45:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 14696611 | | Email/Text: correspondence@credit-control.com | May 19 2023 23:45:00 | Credit Control, LLC, 3300 Rider Trail S., Suiote 500, Earth City, MO 63045 |
| 14696599 | + | Email/Text: bankruptcy@cavps.com | May 19 2023 23:45:00 | Calvary SPV I, LLC, 1 American Lane, Suite 220, Greenwich, CT 06831-2563 |
| 14696600 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 20 2023 00:04:10 | Capital One Bank (USA), P. O. Box 71083, Charlotte, NC 28272-1083 |
| 14701273 | + | Email/PDF: ebn_ais@aisinfo.com | May 19 2023 23:51:43 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14697241 | + | Email/Text: bankruptcy@cavps.com | May 19 2023 23:45:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 14696602 | ^ | MEBN | May 19 2023 23:40:02 | Cawley & Bergmann, LLC, 550 Broad Street, Auite 1001, Newark, NJ 07102-4542 |

| Recipient # | Symbol | Delivery Method | Timestamp | Name/Address |
|---|---|---|---|---|
| 14696606 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 20 2023 00:04:36 | Citi Cards, P. O. Box 70166, Philadelphia, PA 19176-0166 |
| 14696609 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 19 2023 23:52:10 | CitiCards, PO Box 70166, Philadelphia, PA 19176-0166 |
| 14696610 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 19 2023 23:45:00 | Comenity Bank, Bankruptcy Dept., PO Box 182125, Columbus, OH 43218-2125 |
| 14696612 | | Email/Text: mrdiscen@discover.com | May 19 2023 23:45:00 | Discover, PO Box 70176, Philadelphia, PA 19176-0176 |
| 14698799 | | Email/Text: mrdiscen@discover.com | May 19 2023 23:45:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14696603 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 19 2023 23:51:43 | Chase Cardmember Service, PO Box 1423, Charlotte, NC 28201-1423 |
| 14696614 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 19 2023 23:52:11 | JPMCB, 301 N. Walnut St., Floor 09, Wilmington, DE 19801-3935 |
| 14696616 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 19 2023 23:51:43 | JPMCB Card, 301 N. Walnut St., Floor 09, Wilmington, DE 19801-3935 |
| 14706764 | + | Email/Text: RASEBN@raslg.com | May 19 2023 23:45:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14697941 | ^ | MEBN | May 19 2023 23:40:08 | LAKEVIEW LOAN SERVICING, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14705363 | | Email/PDF: resurgentbknotifications@resurgent.com | May 19 2023 23:52:08 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14696618 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | May 19 2023 23:45:00 | Lakeview Loan Servicing, LLC, c/o Loancare, LLC, P.O. Box 8068, Virginia Beach, VA 23450-8068 |
| 14714098 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | May 19 2023 23:45:00 | LoanCare, LLC, 3637 Sentara Way, Virgina Beach, VA 23452-4262 |
| 14698838 | + | Email/Text: bankruptcydpt@mcmcg.com | May 19 2023 23:45:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14696620 | | Email/Text: bankruptcydpt@mcmcg.com | May 19 2023 23:45:00 | Midland Credit Management, Inc., P. O. Box 301030, Los Angeles, CA 90030-1030 |
| 14703296 | + | Email/Text: JCAP_BNC_Notices@jcap.com | May 19 2023 23:45:00 | NORDSTROM, INC., Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 14696621 | + | Email/Text: NCI_bankonotify@ncirm.com | May 19 2023 23:45:00 | Nationwide Credit, Inc., 1225 W. washington St., Suite 300, Tempe, AZ 85288-1239 |
| 14696622 | ^ | MEBN | May 19 2023 23:40:12 | Nordstrom's Card Services, PO Box 100135, Columbia, SC 29202-3135 |
| 14705580 | | Email/Text: Bankruptcy.Notices@pnc.com | May 19 2023 23:45:00 | PNC Bank, National Association, PO BOX 94982, Cleveland, OH 44101 |
| 14696626 | + | Email/Text: bankruptcy1@pffcu.org | May 19 2023 23:45:00 | POLICE AND FIRE FCU, 901 ARCH STREET, Philadelphia, PA 19107-2495 |
| 14696623 | | Email/PDF: gecsedi@recoverycorp.com | May 19 2023 23:51:44 | Paypal Credit SVCS/SYNCB, P. O. Box 960080, Orlando, FL 32896-0080 |
| 14696624 | ^ | MEBN | May 19 2023 23:40:12 | PenFed Credit Union, P. O. Box 247080, Omaha, NE 68124-7080 |
| 14705469 | + | Email/Text: bankruptcy1@pffcu.org | May 19 2023 23:45:00 | Police and Fire Federal Credit Union, One Greenwood Square, 3333 Street Road, Bensalem, PA 19020-2022 |
| 14696628 | | Email/PDF: gecsedi@recoverycorp.com | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | May 19 2023 23:51:43 | QCARD, P. O. BOX 530905, Atlanta, GA 30353-0905 |
| 14696629 | + | Email/Text: bknotice@raslavrar.com | May 19 2023 23:45:00 | RAS LaVrar, LLC, 1133 S. University Drive, 2nd Floor, Plantation, FL 33324-3303 |
| 14697044 | + | Email/PDF: gecsedi@recoverycorp.com | May 19 2023 23:51:48 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14696631 | | Email/PDF: gecsedi@recoverycorp.com | May 19 2023 23:51:44 | Synchrony Bank QVC, PO Box 530905, Atlanta, GA 30353-0905 |
| 14696632 | + | Email/PDF: gecsedi@recoverycorp.com | May 19 2023 23:51:43 | Synchrony Bank HSN, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 14696633 | | Email/PDF: gecsedi@recoverycorp.com | May 19 2023 23:52:08 | Synchrony Bank/Amazon, P. O. Box 960013, Orlando, FL 32896-0013 |
| 14696634 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | May 19 2023 23:45:00 | U.S. Bank, PO Box 108, Saint Louis, MO 63166 |
| 14709127 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | May 19 2023 23:45:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 14696635 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | May 19 2023 23:52:22 | US Bank, 3476 Stateview Blvd., Fort Mill, SC 29715-7203 |
| 14696637 | + | Email/Text: bkfilings@zwickerpc.com | May 19 2023 23:45:00 | Zwicker & Associates, P.C., 80 Minuteman Rd, Andover, MA 01810-1008 |

TOTAL: 44

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14696601 | * | Capital One Bank (USA), P. O. Box 71083, Charlotte, NC 28272-1083 |
| 14696607 | * | Citi Cards, P. O. Box 70166, Philadelphia, PA 19176-0166 |
| 14696608 | * | Citi Cards, P. O. Box 70166, Philadelphia, PA 19176-0166 |
| 14696604 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Cardmember Service, PO Box 1423, Charlotte, NC 28201-1423 |
| 14696615 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, JPMCB, 301 N. Walnut St., Floor 09, Wilmington, DE 19801-3935 |
| 14696617 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, JPMCB Card, 301 N. Walnut St., Floor 09, Wilmington, DE 19801-3935 |
| 14696627 | *+ | POLICE AND FIRE FCU, 901 ARCH STREET, Philadelphia, PA 19107-2495 |

TOTAL: 0 Undeliverable, 7 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 21, 2023   Signature:   /s/Gustava Winters

District/off: 0313-2 | User: admin | Page 4 of 4
Date Rcvd: May 19, 2023 | Form ID: 155 | Total Noticed: 53

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 19, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| JON M. ADELSTEIN | on behalf of Debtor Joseph F. Faino jadelstein@adelsteinkaliner.com  jsbamford@adelsteinkaliner.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Joseph F. Faino
     Debtor(s)

Chapter: 13

Bankruptcy No: 22−11489−amc

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this March 7, 2023 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                Ashely M. Chan
                                Judge ,
                                United States Bankruptcy Court