## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RE:  JOSEPH F. FAINO     :     BKY NO. 22-11489

      DEBTOR          :     CHAPTER 13

### CERTIFICATE OF NO RESPONSE

Jon M. Adelstein, Esquire, hereby certifies that I have received no response to the Application for Compensation and Reimbursement of Expenses within the time limits set forth in the Notice.

BY:  /s/ Jon M. Adelstein, Esq.
     ADELSTEIN & KALINER, LLC

(215) 230-4250