UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RE: JOSEPH F. FAINO : BKY NO 22-11489
DEBTOR : CHAPTER 13

AMENDED
CERTIFICATE OF SERVICE

I, Jon M. Adelstein Esquire, counsel for Debtor, state that I did serve the attached Notice of Application for Compensation and Reimbursement of Expenses upon the Debtor, and all creditors and parties in interest by First Class Mail, postage prepaid or electronic service on August 24, 2023.

/s/Jon M. Adelstein, Esq.
JON M. ADELSTEIN
ADELSTEIN & KALINER, LLC
3993 Huntingdon Pike, Suite 210
Huntingdon Pike, PA 19006
215-230-4250