UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BKY NO 22-11489

RE: JOSEPH F. FAINO    DEBTOR
CHAPTER 13

## ORDER GRANTING COMPENSATION AND REIMBURSEMENT

AND NOW, this __21st__ day of __September__, 2023 upon consideration of the Application for Compensation filed by Adelstein & Kaliner, LLC in this case, it is hereby

ORDERED, that Adelstein & Kaliner, LLC is permitted to receive the sum of $ 5,000..00 as reasonable compensation for services rendered and $ 313,00 as reimbursement of out- of-pocket expenses incurred in this case.

_____
Ashely M. Chan
Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

RE:  JOSEPH F. FAINO          DEBTOR          BKY NO 22-11489
CHAPTER 13                                          :

**ORDER GRANTING COMPENSATION AND REIMBURSEMENT**

AND NOW, this _____ day of _____, 2023 upon consideration of the

Application for Compensation filed by Adelstein & Kaliner, LLC in this case, it is hereby

**ORDERED**, that Adelstein & Kaliner, LLC is permitted to receive the sum of

$ 5,000..00 as reasonable compensation for services rendered and $ 313,00 as reimbursement of out- of-pocket expenses incurred in this case.

_____
Ashely M. Chan
Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**