## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Joseph F. Faino a/k/a Joseph F. Faino, Jr. | |
| Debtor(s) | CHAPTER 13 |
| | |
| LAKEVIEW LOAN SERVICING, LLC | |
| Movant | |
| vs. | |
| | NO. 22-11489 AMC |
| Joseph F. Faino a/k/a Joseph F. Faino, Jr. | |
| Respondent | |
| | |
| Kenneth E. West | |
| Additional Respondent | 11 U.S.C. Section 362 |

## AMENDED CERTIFICATE OF NO OBJECTION

I, Mark A. Cronin, attorney for Movant, do hereby certify that to the best of my knowledge, information, and belief, no answer or objection has been filed by the Debtor(s) or the Trustee to the Motion for Partial Claim filed on December 29, 2023 (Doc No. 47). The deadline for filing an objection or other response was January 12, 2024.

/s/ Mark A. Cronin
Mark A. Cronin, Esq.
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
Phone: (215) 627-1322
mcronin@kmllawgroup.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Joseph F. Faino a/k/a Joseph F. Faino, Jr. <br> <u>Debtor(s)</u> <br><br> LAKEVIEW LOAN SERVICING, LLC <br> <u>Movant</u> <br> v. <br> Joseph F. Faino a/k/a Joseph F. Faino, Jr. <br> <u>Debtor(s)</u> <br><br> Kenneth E. West <br> <u>Trustee</u> | CHAPTER 13 <br> BK NO: 22-11489 AMC |

**CERTIFICATE OF SERVICE**

I, the undersigned, certify that I served or caused to be served, on <u>January 29, 2024</u>, a copy of the above Certificate of No Objection filed herewith upon each of the following persons and parties in interest at the addresses shown below:

Kenneth E. West
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107
VIA ECF

Jon M. Adelstein
3993 Huntingdon Pike, Suite 210
Huntingdon Valley, PA 19006

Joseph F. Faino a/k/a Joseph F. Faino, Jr.
302 Tanner Avenue
Hatboro, PA 19040

Method of Service:        Mail <u>first class</u>; Specify if other:

Date:  <u>January 29, 2024</u>

<u>/s/ Mark A. Cronin</u>
Mark A. Cronin, Esq.
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
Phone: (215) 627-1322
mcronin@kmllawgroup.com