### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Joseph F. Faino a/k/a Joseph F. Faino, Jr.<br>　　　　　　　　　Debtor(s) | CHAPTER 13 |
| LAKEVIEW LOAN SERVICING, LLC<br>　　　　　　　Movant<br>　　vs.<br>Joseph F. Faino a/k/a Joseph F. Faino, Jr.<br>　　　　　　　　　Debtor(s) | NO. 22-11489 AMC |
| Kenneth E. West<br>　　　　　　Trustee | 11 U.S.C. Sections 362 |

## ORDER

AND NOW, this 30th day of Jan., 2024 at Philadelphia, upon upon consideration of Movant's Motion to Approve Loan Modification, it is ORDERED AND DECREED that:

The Motion is granted and the Partial Claim Agreement executed on ___Sept. 27, 2023___ does not violate the automatic stay, section 362(a), nor the provisions of 11 USC § 549.

　　　　　　　　　　　　　　　　　　　_Ashely M. Chan_, United States Bankruptcy Judge.

cc: See attached service list