**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | : | |
|---|---|---|
| In Re: | : | Chapter 13 |
|     JOSEPH FAINO | : | 22-11489-amc |
|         Debtor | : | |

**NOTICE OF CHANGE OF ADDRESS**

**TO THE COURT:**  The correct addresses for certain Creditor(s) is/are as follows:

| OLD / INCORRECT ADDRESS | NEW / CORRECT ADDRESS |
|---|---|
| Paypal Credit SVCS/SYNCB<br>P.O. Box 960080<br>Orlando, FL  32896-0080 | Paypal Credit SVS/SYNCB<br>2211 N. First Street<br>San Jose, CA  95131 |
| Synchrony Bank/Amazon<br>P. O. Box 960013<br>Orlando, FL  32896-0013 | Synchrony Bank/Amazon<br>PO Box 965065<br>Orlando, FL  32896-5065 |

**STATEMENT IN LIEU OF NOTICE**

The Debtor hereby certifies that a notice to the above Creditor(s), as to which corrected address information is herewith filed, is not required because the said Creditor(s) have received notice of all filings in this case.

                                              WETZEL GAGLIARDI FETTER & LAVIN LLC

Date: November 7, 2025          BY:      /s/John A. Gagliardi
                                              John A. Gagliardi, Esquire
                                              122 South Church Street
                                              West Chester, PA 19382
                                              (484) 887-0779, Ext. 102/Phone
                                              (484) 887-8763/Fax
                                              jgagliardi@wgflaw.com