**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In Re:** | : | **Chapter 13** |
| **Joseph F. Faino,** | : | |
| **Debtor** | : | **Case No. 22-11489-amc** |

**ORDER**

Upon consideration of the Motion of the above-named Debtor to Approve Partial Claim Agreement, and any response thereto, and the Court having been satisfied that it is in the best interest of the Debtor to do so, it is hereby ORDERED that the Motion is GRANTED.

Date: Dec. 12, 2025

_____
ASHELY M. CHAN
U.S. Bankruptcy Chief Judge