# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Joseph F. Faino aka Joseph F. Faino, Jr.<br>**Debtor(s)**<br><br>**LAKEVIEW LOAN SERVICING, LLC**<br>Movant<br><br>vs.<br><br>Joseph F. Faino aka Joseph F. Faino, Jr.<br>**Debtor(s)**<br><br>**Kenneth E. West**,<br>Trustee | BK NO. 22-11489 ELF<br><br>Chapter 13<br><br>Related to Claim No. 24 |

## CERTIFICATE OF SERVICE
## NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES

I, Brian C. Nicholas of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>December 2, 2022</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

<u>Debtor(s)</u>
Joseph F. Faino aka Joseph F. Faino, Jr.
302 Tanner Avenue
Hatboro, PA 19040

<u>Attorney for Debtor(s)</u>
3993 Huntingdon Pike, Suite 210
Huntingdon Valley, PA 19006

<u>Trustee</u>
Kenneth E. West
Office of the Chapter 13 Standing Trustee (VIA ECF)
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Method of Service: electronic means or first class mail

Dated: <u>December 2, 2022</u>

**/s/Brian C. Nicholas Esquire**
Brian C. Nicholas Esquire
Attorney I.D. 317240
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
201-549-5366
bnicholas@kmllawgroup.com